IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHAUN MERCES-CLARK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, ET AL., | : | |
| Defendants. | : | NO. 13-02111 |

# O R D E R

**AND NOW**, this 19th day of November 2013, upon consideration of defendants' motion to dismiss (Doc. No. 13) and responses thereto, it is hereby **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' motion to dismiss Count II of the complaint against the Commonwealth of Pennsylvania and Pennsylvania State Police is **GRANTED**;

2. Defendants' motion to dismiss Count II of the complaint against Defendants Colon, Gaspich, and Teper is **DENIED**; and

3. Defendants' motion to dismiss Count I of the complaint against the Commonwealth of Pennsylvania is **DENIED**.

The Commonwealth of Pennsylvania and the Pennsylvania State Police are dismissed as defendants under Count II of the plaintiff's amended complaint.

                                                        BY THE COURT:

                                                        /s/Lawrence F. Stengel
                                                        LAWRENCE F. STENGEL, J.